IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL CORNEAL MONGHAN, | * |
| Petitioner, | * CRIMINAL NO. 08-00114-WS-B |
| | * CIVIL ACTION NO. 16-0068-WS-B |
| vs. | * |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Monghan's Motion To Vacate, Set Aside, Or Correct Sentence under § 2255 (Doc. 69) be **DENIED**, and that Monghan is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** 4th day of May, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**